PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER (Tran. Court) 1:97CR000079-001 | | | |
| DOCKET NUMBER (Rec. Court) 4:08-MC-112-JEJ | | | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| **Jerry Robertson** | Rhode Island | Providence | |
| | NAME OF SENTENCING JUDGE<br>Honorable Ronald R. Lagueux<br>Senior U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM: October 5, 2007 | TO: October 4, 2013 |

OFFENSE

Possession With Intent to Distribute Heroin Within 1000 Feet of a School and Possession of a Firearm by a Convicted Felon

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **MIDDLE DISTRICT OF PENNSYLVANIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

10/24/07
*Date*

Ronald R. Lagueux
*Honorable Ronald R. Lagueux*
*Senior U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-1-08
*Date*

*United States District Judge*